LABORDE, DEMANDANTE Y APELANTE, *v.* RÍOS, DEMANDADA Y APELADA.

LABORDE, DEMANDANTE Y APELANTE, *v.* LÓPEZ, DEMANDADO Y APELADO.

LABORDE, DEMANDANTE Y APELANTE, *v.* LORENZO, DEMANDADO Y APELADO.

APELACIONES procedentes de la Corte de Distrito de Humacao en causas sobre indemnización por incumplimiento de contrato.

Nos. 1292, 1293 y 1294.—Resueltos en julio 28, 1915.

Resueltos por los fundamentos de la opinión emitida en el caso No. 1295 de *Laborde,* demandante y apelante, v. *Toro,* demandado y apelado, página 92.

*Revocadas las sentencias apeladas.*

Abogado del apelante: *Sr. Eugenio Benítez Castaño.*

Abogados de los apelados: *Sres. Aponte & Aponte* y *Juan B. Huyke.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.